# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THE LEARNING TREE, INC. ) | Summons |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff, ) | Procedure or other appropriate |
| ) | law.) |
| v. ) | |
| ) | CIVIL ACTION CASE NO.: 2:25-cv-00804-AMM |
| CITY OF HELENA, ALABAMA, and ) | |
| DEJAY JONES, in his official position as the ) | |
| American Disabilities Act Contact and the ) | |
| Building Official Contact for the City of ) | |
| Helena, Alabama, ) | |
| ) | |
| Defendants. ) | |

**Summons in a Civil Action**

To:  DEJAY JONES
CITY OF HELENA, ALABAMA
816 HIGHWAY 52, WEST
HELENA, ALABAMA 35080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James D. Sears, Attorney
Law Offices of Sears & Sears, PC
5809 Feldspar Way
Hoover AL 35244
(205) 588-0755
jdsears@searslaw.net

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 7/28/25

GREER M. LYNCH, CLERK OF COURT

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

<u>SEE REVERSE SIDE FOR RETURN</u>

Dejay Jones

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __25th__ day of __July__, __2025__, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

☑ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
__Rachel Miller, clerk, at Helena City Hall__

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__7/28/25__　　　　　__Denna Brown__
Date　　　　　　　Authorized or Specially Appointed Process Server

Costs of Service: Service fee:
　　　Expenses: ____ miles @ ____ cents　　$_____
　　　　　　　　　　　　　　　　　$_____
　　　　　　　　　　　　　TOTAL $